██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES L. HARPER, Appellant. [625 NYS2d 992] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Onondaga County Court, Burke, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Wesley, Doerr, Davis and Boehm, JJ.

██ In the Matter of NORRIS J. MCLAURIN, Petitioner, v FRANK E. IRVIN, as Superintendent of Wende Correctional Facility, et al., Respondents. [625 NYS2d 992] —Determination unanimously confirmed and petition dismissed. Memorandum: The misbehavior report, which set forth the text of inmate rule 103.10 (7 NYCRR 270.2 [B] [4] [i]) and provided "written specification of the particulars of the alleged incident of misbehavior involved", satisfied the requirements of 7 NYCRR 251-3.1 (c) (1). The evidence is sufficient to support the determination that petitioner attempted to bribe a Correction Officer. (Article 78 Proceeding Transferred by Order of Supreme Court, Erie County, Wolfgang, J.) Present—Pine, J. P., Wesley, Doerr, Davis and Boehm, JJ.

██ MICHAEL F. NEWCOMB et al., Respondents, et al., Plaintiffs, v OWASCO LAKE BEACH HOMEOWNERS ASSOCIATION, INC., et al., Appellants. [625 NYS2d 993] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Contiguglia, J. (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—Permanent Injunction.) Present—Pine, J. P., Wesley, Doerr, Davis and Boehm, JJ.